■ Chris Fitch, Appellant, v Brian J. Mead, Respondent. [886 NYS2d 63]—Appeal from a judgment of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 22, 2008. The judgment dismissed the amended complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Peradotto, Carni and Gorski, JJ.